HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. RAMIREZ,<br><br>        Plaintiff,<br><br>v.<br><br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:22-cv-01987-WBS-DMC<br><br><br>STIPULATION AND PROPOSED<br>ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until May 8, 2023, in which to e-file his Motion for Summary Judgment which is due on April 7, 2023. Defendant shall file any opposition, including cross-motion, on or before June 24, 2023. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   April 3, 2023              */s/HARVEY P. SACKETT*
                                                    HARVEY P. SACKETT

1

STIPULATION AND ORDER

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

Attorney for Plaintiff
FRANCISCO J. RAMIREZ

Dated:   April 3, 2023          /s/ERIN HIGHLIAND
                                ERIN HIGHLAND
                                Special Assistant U.S. Attorney
                                Social Security Administration
                                [*As authorized by email 4/3/23]

IT IS ORDERED.


DATED:  APRIL 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER