HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

HPS/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-01987-WBS-DMC<br><br>STIPULATION AND ORDER |

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

Plaintiff shall have a twenty-one (21) day extension of time until May 30, 2023, in which to

e-file his Motion for Summary Judgment which is due on May 8, 2023. Defendant shall file any

opposition, including cross-motion, on or before July 14, 2023. This second and final extension

is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the

Ninth Circuit Court of Appeals. Plaintiff's Counsel will also be out of the office for two (2)

weeks in May. Plaintiff makes this request in good faith with no intention to unduly delay the

proceedings. Defendant has no objection and has stipulated to the requested relief.

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

1

Dated:   May 1, 2023

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
FRANCISCO J. RAMIREZ

2

3

4

Dated:   May 1, 2023

*/s/ERIN HIGHLAND*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 5/1/23]

5

6

7

8

IT IS ORDERED.

9

Dated:  May 3, 2023

10

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER